**THE CAVANAGH LAW FIRM**
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Kerry M. Griggs, SBN 016519
kgriggs@cavanaghlaw.com
Kelton G. Busby, SBN 022834
kbusby@cavanaghlaw.com
Attorneys for Defendant Evergreen Recreational Vehicles, LLC
and La Mesa RV Center, Inc. (Yuma)

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Donald and Natalie McCutchen,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Evergreen Recreational Vehicles, LLC and La Mesa R.V. Center, Inc. (Yuma),<br><br>　　　　　　　　Defendants. | NO. CV 4:15 – 00323 - DTF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs and Defendants, by and through undersigned counsel, hereby stipulate that this matter be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 12th day of January, 2016.

　　　　　　　　THE CAVANAGH LAW FIRM, P.A.


By: s/ Kelton G. Busby
　　Kerry M. Griggs
　　Kelton G. Busby
　　Attorneys for Defendant Tiffin Motorhomes
　　And La Mesa RV Center, Inc., (Yuma)

7788472_1

PRYOR, RAMIREZ & AMAR, LLC


By: <u>s/ Luis R. Ramirez (with permission)</u>
    Shalev Amar
    Luis R. Ramirez
    Attorneys for Plaintiffs

7788472_1

2