# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald McCutchen, et al., | No. CV-15-00323-TUC-CKJ |
| Plaintiffs, | **ORDER** |
| v. | |
| Evergreen Recreational Vehicles LLC, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation for Dismissal with Prejudice. (Doc. 20.) Good cause appearing,

IT IS HEREBY ORDERED dismissing the above-entitled action with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 13th day of January, 2016.

_____
Cindy K. Jorgenson
United States District Judge